B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re __LUIS CARLOS AGUIRRE__                         Case No. _____
                        Debtor(s)                     Chapter __11__

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| BANK OF AMERICA, N.A.<br>4161 PIEDMONT PKWY<br>Greensboro, NC 27410 | BANK OF AMERICA, N.A.<br>4161 PIEDMONT PKWY<br>Greensboro, NC 27410 | 5069 LANCASTER DR | | 350,088.42<br><br>(133,000.00 secured) |
| PLUS FOUR INC<br>PO BOX 95846<br>Las Vegas, NV 89193 | PLUS FOUR INC<br>PO BOX 95846<br>Las Vegas, NV 89193 | collection | | 200.00 |
| THE CBE GROUP INC<br>1309 TECHNOLOGY PKWY<br>Cedar Falls, IA 50613 | THE CBE GROUP INC<br>1309 TECHNOLOGY PKWY<br>Cedar Falls, IA 50613 | COLLECTION | | 335.30 |

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

B4 (Official Form 4) (12/07) - Cont.
In re  **LUIS CARLOS AGUIRRE**
           Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, **LUIS CARLOS AGUIRRE**, the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **June 9, 2015**                         Signature  **/s/ LUIS CARLOS AGUIRRE**
                                                          **LUIS CARLOS AGUIRRE**
                                                          Debtor

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.