# United States Bankruptcy Court
## District of Nevada

In re: **LUIS CARLOS AGUIRRE**
Debtor(s)

Case No. _____
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: **June 9, 2015**

**/s/ LUIS CARLOS AGUIRRE**
**LUIS CARLOS AGUIRRE**
Signature of Debtor

LUIS CARLOS AGUIRRE
562 N BRITTON AVE
Sunnyvale, CA 94085

MICHAEL J HARKER
Michael J Harker
2901 EL CAMINO AVE
SUITE 200
LAS VEGAS, NV 89102

ADRIAN NEPA
5069 LANCASTER DR
Las Vegas, NV 89120

BANK OF AMERICA, N.A.
Acct No xxxxx0582
4161 PIEDMONT PKWY
Greensboro, NC 27410

CLARK COUNTY ASSESSOR
C/O BANKRUPTCY CLERK
500 S GRAND CENTRAL PKWY
BOX 551401
Las Vegas, NV 89155

CLARK COUNTY TREASURER
C/O BANKRUPTCY CLERK
500 S GRAND CENTRAL PKWY
BOX 551220
Las Vegas, NV 89155

DEPT OF EMPLOYMENT, TRAINING & REHAB EMP
500 EAST THIRD ST
Carson City, NV 89713

INTERNAL REVENUE SERVICE
PO BOX 7346
Philadelphia, PA 19101

MOSELY TRUST
PO BOX BOX D
Sunnyvale, CA 94087

NEVADA DEPARTMENT OF TAXATION, BANKRUPTC
555 E WASHINGTON AVE #1300
Las Vegas, NV 89101

PLUS FOUR INC
Acct No x0807
PO BOX 95846
Las Vegas, NV 89193

THE CBE GROUP INC
Acct No xxxxxxxxxx0001
1309 TECHNOLOGY PKWY
Cedar Falls, IA 50613